

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00705-CV

**IN THE INTEREST OF E.A.T.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02779
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 17, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court